HARTMAN *et al.*, Appellants, *v.* HAUPT *et al.*, Respondents.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*B. Lewison*, for appellants.    *I. H. Atkinson*, for respondents.

Judgment reversed, new trial ordered, costs to the appellant to abide the event.

---

BENJAMIN, Respondent, *v.* DRY DOCK, E. B. & B. R. Co., Appellant.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*S. & B. Robinson*, for appellant.    *J. Manheim*, for respondent.

Judgment affirmed, with costs.

---

OTTERSTEDT, Respondent, *v.* KIRK, Appellant.

(*Common Pleas of New York City and County, General Term.* April 12, 1889.)

*M. Steinert*, for appellant.    *John Otterstedt*, respondent, *pro se.*

Final order affirmed, with costs.

---

RODDING, Respondent, *v.* REYNOLDS *et al.*, Appellants.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*L. J. Grant*, for appellants.    *B. C. Chetwood*, for respondent.

Final order affirmed, with costs.

---

ALEXANDER, Respondent, *v.* GOLDBACH, Appellant.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*J. Fennell*, for appellant.    *J. Martin*, for respondent.

Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

MILLETT, Respondent, *v.* NEW YORK LIFE INS. Co., Appellant.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*Hornblower & Byrne*, for appellant.    *K. & E. Solomon*, for respondent.

Judgment reversed, with costs.

---

BEERS, Respondent, *v.* WALNUT GROVE WATER STORAGE Co., Appellant.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*E. F. Brown*, for appellant.    *M. A. Gearon*, for respondent.

Judgment reversed, new trial ordered, costs to abide event.

---

HILL, Appellant, *v.* SCHLUTER, Respondent.

(*Common Pleas of New York City and County, General Term.* April 25, 1889.)

*A. P. Wagner*, for appellant.    *H. C. Kudlich*, for respondent.

Judgment reversed, new trial ordered, costs to abide the event.